## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR MYERS<br><br>        Plaintiff(s),<br><br>v.<br><br>5166 LANKERSHIM BOULEVARD, LLC, et al.<br><br>        Defendant(s). | CASE NO.<br>2:19−cv−09135−DSF−KS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before June 22, 2020. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: May 21, 2020

      /s/ *Dale S. Fischer*
      Dale S. Fischer
      United States District Judge